UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS PARLIN,

    Plaintiff,

v.                                                            Case No: 8:21-cv-1394-CEH-TGW

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on April 28, 2022, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 20). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED:**

    1.    This action is dismissed, with prejudice.

    2.    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 29, 2022.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any